# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY REANO,**

|  |  |  |
|---|---|---|
|  | **Plaintiff,** | **Case No. 6:10-cv-768-Orl-35KRS** |
|  |  | **Consolidated with:** |
| **EDWIN SAZON,** | Consolidated Plaintiff, | 6:10-cv-769-Orl-35KRS |
| **ENRICO SORIANO,** | Consolidated Plaintiff, | 6:10-cv-770-Orl-35KRS |
| **PAUL HENRY PENAFLORIDA,** |  |  |
|  | Consolidated Plaintiff, | 6:10-cv-771-Orl-35KRS |
| **RONALD TAN,** | Consolidated Plaintiff, | 6:10-cv-772-Orl-35KRS |
| **LARRY TABLANDO,** | Consolidated Plaintiff, | 6:10-cv-773-Orl-35KRS |
| **LAURO VAGUCHAY,** | Consolidated Plaintiff, | 6:10-cv-774-Orl-35KRS |
| **FREDDY YAMBOA,** | Consolidated Plaintiff, | 6:10-cv-775-Orl-35KRS |
| **ROGER VILLANUEVA,** | Consolidated Plaintiff, | 6:10-cv-776-Orl-35KRS |
| **MANOLING ABUCOT,** | Consolidated Plaintiff, | 6:10-cv-777-Orl-35KRS |
| **ROMEO AMIGABLE,** | Consolidated Plaintiff, | 6:10-cv-778-Orl-35KRS |
| **ROMEO ABUCOT,** | Consolidated Plaintiff, | 6:10-cv-779-Orl-35KRS |
| **NILO BANDAL,** | Consolidated Plaintiff, | 6:10-cv-780-Orl-35KRS |
| **DELFIN CASTIGADOR,** | Consolidated Plaintiff, | 6:10-cv-781-Orl-35KRS |
| **NERI CASIS,** | Consolidated Plaintiff, | 6:10-cv-782-Orl-35KRS |
| **DENNIS FIGUERREZ,** | Consolidated Plaintiff, | 6:10-cv-783-Orl-35KRS |
| **EDWIN GODINEZ,** | Consolidated Plaintiff, | 6:10-cv-784-Orl-35KRS |
| **DENIS MAHILUM,** | Consolidated Plaintiff, | 6:10-cv-785-Orl-35KRS |
| **TITO LALOSIS,** | Consolidated Plaintiff, | 6:10-cv-786-Orl-35KRS |
| **JOEL ORTILLA,** | Consolidated Plaintiff, | 6:10-cv-787-Orl-35KRS |
| **EXPEDITO PARONE,** | Consolidated Plaintiff | 6:10-cv-788-Orl-35KRS |
| **DANILO PAQUERA,** | Consolidated Plaintiff, | 6:10-cv-789-Orl-35KRS |
| **ROMEO ROMA, JR.** | Consolidated Plaintiff, | 6:10-cv-790-Orl-35KRS |
| **WILLIAM ORBETA,** | Consolidated Plaintiff, | 6:10-cv-791-Orl-35KRS |

-vs-

**SAN VILLA SHIP MANAGEMENT CO.,**
**and JOSE VILLANUEVA,**

                      **Defendants.**
_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the Court's own motion. Plaintiffs in each of the above-referenced cases filed their complaints on May 18, 2010. Plaintiffs have not filed affidavits of service as required by Federal Rule of Civil Procedure 4(l), and the Defendants have not answered or otherwise entered an appearance. Therefore, on September 20, 2010, I issued an Order to Show Cause why the complaints should not be dismissed for failure to prosecute. *See Reano v. San Villa Ship Mgmt. Co.*, Case No. 6:10-cv-768-Orl-35KRS, Doc. No. 17. I ordered the Plaintiffs to respond in writing on or before September 23, 2010. No response has been filed, and the deadline to respond has passed.

Pursuant to Fed. R. Civ. P. 4(m), the Court must dismiss an action without prejudice if the defendant is not served within 120 days after a complaint is filed. As more than 120 days have passed since the filing of the complaints in the above-referenced cases and there is no showing that Defendants have been served, I **RESPECTFULLY RECOMMEND** that the Court **DISMISS** the cases **without prejudice** for failure to prosecute pursuant to M.D. Fla. Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court as required by Fed. R. Civ. P. 16(f), and **DIRECT** the Clerk of Court to close the files.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 24, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy